**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KASMON COX, | * | MOTION TO VACATE |
| | * | |
| | * | 28 U.S.C. § 2255 |
| Movant, | * | |
| | * | CRIMINAL ACTION NO. |
| v. | * | 21-CR-00277-JSA-3 |
| | * | |
| UNITED STATES OF AMERICA, | * | CIVIL ACTION NO. |
| | * | 25-CV-03075-JSA-ELR |
| Respondent. | * | |
| | * | |

_____

**O R D E R**

_____

Movant Kasmon Cox submitted a *pro se* motion to vacate his sentence pursuant to 28 U.S.C. §2255 in which he attempts to challenge his convictions and sentences in this Court. [Doc. 259.] Judge Justin S. Anand recommends that Movant's § 2255 Motion be dismissed as untimely and a Certificate of Appealability be denied as well. [Doc. 274.]

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); <u>Williams v Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 277] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DISMISSES** Movant's § 2255 Motion [Doc. 259] as untimely.   Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.   The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 25-CV-03075-ELR.

**SO ORDERED**, this 23rd day of June, 2026.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia